

# Fourth Court of Appeals
## San Antonio, Texas

September 21, 2018

No. 04-18-00599-CV

Homer **MALDONADO**,
Appellant

v.

Salvador **JOHNSON** Sr.,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2018CVK001209D2
Honorable John D. Gabriel, Jr., Judge Presiding

### ORDER

In accordance with this court's opinion of this date, appellant's motion for expedited disposition is **GRANTED**. This appeal is **DISMISSED FOR WANT OF JURISDICTION**. We further **ORDER** the clerk of this court to issue the mandate in this appeal with this order.

It is so **ORDERED** on September 21, 2018.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of September, 2018.

_____
Keith E. Hottle, Clerk of Court